91 A.3d 1230

In re NOMINATION PETITION OF GORDON MARBURGER for the Republican Nomination for Representative in the General Assembly from the 12th District in the Republican Primary of May 20, 2014.

Appeal of James S. Powers and Marlene E. Lott.

Supreme Court of Pennsylvania.

Submitted on Briefs April 23, 2014.

Decided May 2, 2014.

Kathleen Marie Kotula, Esq., PA Department of State, for Department of State.

Jesse David Daniel, Esq., Serene Law Firm, LLC, Indiana, for James S. Powers and Marlene E. Lott.

Richard J. Cromer, Esq., Pittsburgh, Alexander Brening Wright, Esq., Leech Tishman Fuscaldo & Lampi, L.L.C., for Gordon Marburger.

BEFORE: CASTILLE C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and STEVENS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of May, 2014, the Order of the Commonwealth Court is hereby REVERSED. *See In re Nomination Petition of Guzzardi,* 625 Pa. 336, 91 A.3d 701, 2014 WL 1758139 (2014) (*per curiam* order with opinions to follow) (stating that *nunc pro tunc* principles cannot apply to cure a fatal defect under Section 1104(b)(3) of the Ethics Act, 65 Pa.C.S. § 1104(b)(3)).

It is further **ORDERED** that Gordon Marburger's name is to be **STRICKEN** from the primary ballot for the Republican Party nomination for the Office of Representative in the General Assembly from the 12th District.

Justice BAER files a concurring statement in which Madame Justice TODD joins.

Justice BAER, concurring.

I concur in the reversal of the Commonwealth Court's order, but distance myself from the Court's reliance upon *In re Nomination Petition of Guzzardi*, 625 Pa. 336, 91 A.3d 701, 2014 WL 1758139 (2014) (*per curiam* order with opinion to follow), for the proposition that *nunc pro tunc* principles cannot apply to cure a fatal defect under Section 1104(b)(3) of the Ethics Act, 65 Pa.C.S. § 1104(b)(3). While I believe that nunc pro tunc principles may apply to cure a fatal defect in a nomination petition, *see Guzzardi, supra*, (Baer, J., dissenting), the candidate herein did not satisfy the requisites for such relief.

Justice TODD joins.